**People of the State of Illinois, Plaintiff-Appellee, v. Paul Arnold, et al., Defendants-Appellants.**

**Gen. Nos. 50,990 and 50,991. (Consolidated.)**

First District, First Division.

May 22, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty, Assistant Public Defender, of counsel), for appellants; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Edward J. Downs, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.